Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-5677FDB |
| | ) |
| v. | ) ORDER GRANTING STIPULATED MOTION TO CONTINUE PLEADINGS DUE DATE |
| SERGIO LOPEZ-SANTANA and ARTURO DELGADO-DELFIN, | ) |
| Defendants. | ) |

Upon the stipulation and motion of the parties to continue the pleadings due date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice; therefore,

//
//
//
//
//
//
//
//

Order Granting Stipulated Motion to Continue Pleadings Due Date
U.S. v. Lopez-Santana, et al./CR05-5677FDB - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  IT IS HEREBY ORDERED that the pleadings due date be continued to November 1, 2005.

  DATED this 27th day of October, 2005

  _____
  FRANKLIN D. BURGESS
  United States District Judge

Presented by:

s/Phillip Brennan   *
_____
PHILLIP BRENNAN
Attorney for Sergio Lopez-Santana

*Telephonic Approval


s/ Jay Berneberg     *
_____
JAY BERNEBERG
Attorney for Arturo Delgado-Delfin

*Telephonic approval


 s/ Douglas J. Hill
_____
DOUGLAS J. HILL
Special Assistant United States Attorney

---

Order Granting Stipulated Motion to Continue Pleadings Due Date
U.S. v. Lopez-Santana, et al./CR05-5677FDB - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800